IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KENNETH RAY SYLER, | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION NO. 12-00730-B |
| CAROLYN W. COLVIN, Commissioner of Social Security, | * | |
| Defendant. | * | |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income be **AFFIRMED**.

**DONE** this **20th** day of **March, 2014**.

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**